IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ERIC KINGSMILL | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| POLICE OFFICER CHRISTOPHER SZEWCZAK, and | : | |
| | : | |
| CITY OF PHILADELPHIA | : | NO. 15-2386 |

ORDER

AND NOW, this 30th day of July, 2015, upon consideration of plaintiff Eric Kingsmill's amended complaint (docket entry #2), defendant Police Officer Christopher Szewczak and the City of Philadelphia's motion to dismiss (docket entry #5), and Kingsmill's response in opposition thereto, and for the reasons set forth in our Memorandum issued this day on this case, it is hereby ORDERED that:

1. Defendants' motion to dismiss (docket entry #5) is GRANTED IN PART;

2. Count II of the amended complaint (docket entry #2) is DISMISSED WITHOUT PREJUDICE; and

3. Defendants shall ANSWER the amended complaint by noon on August 12, 2015.

BY THE COURT:

  /s/ Stewart Dalzell, J.
Stewart Dalzell, J.